UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) | 14 CV 08897 |
| v. | ) | |
| | ) | Judge Norgle |
| LAVERDIERE CONSTRUCTION, INC., an Illinois corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT

This Court granted the plaintiffs Chicago Regional Council of Carpenters Pension Fund *et al.*'s ("Trust Funds") motion for a default order against defendant LAVERDIERE CONSTRUCTION, INC., ("Defendant" or "LAVERDIERE") on February 5, 2015. *See* Docket Entry, Feb. 5, 2015, Docket No. 8. In order to obtain a final judgment, the Trust Funds hereby submit this <u>Plaintiffs' Motion for Entry of Final Judgment</u> ("Petition"). In support of their Motion, Trust Funds state as follows:

## I. SUMMARY OF DAMAGES.

For the reasons explained more fully below, this Court should award the Trust Funds $47,386.50 in damages, which includes (A) unpaid fringe benefit contributions in the amount of $25,904.38, (B) interest in the amount of $1,828.01, (C) liquidated damages in the amount of $5,148.82, (D) auditors' fees in the amount of $9,865.50, and (E) attorneys' fees and costs of $4,639.79.

## II.    ARGUMENT.

### A.    Damages for Unpaid Fringe Benefit Contributions.

LAVERDIERE is signatory to the Chicago Regional Council of Carpenters ("Union"). *See* Declaration of J. Libby ¶3, Exhibit A.  The Trust Funds conducted an audit of LAVERDIERE's books and records which revealed unpaid fringe benefit contributions in the amount of $25,904.38.  *See* Declaration of J. Libby ¶¶4-8, Exhibit A.

Under ERISA, LAVERDIERE is liable to the Trust Funds for any unpaid fringe benefit contributions.  ERISA states as follows:

> In any action under this subchapter by a fiduciary for or on behalf of a plan to enforce section 1145 of this title in which a judgment in favor of the plan is awarded, the court shall award the plan— **(A)** the unpaid contributions . . . .

*See* 29 U.S.C. §1132(g)(2)(A).

The audit report reveals that LAVERDIERE owes $25,904.38 in unpaid contributions for failing to accurately report contribution hours.  *See* Declaration of J. Libby ¶8, Exhibit A.  A detailed breakdown of the unpaid fringe benefit contributions is attached as Exhibit 1 to the declaration of J. Libby.  Therefore, the amount due for unpaid fringe benefit contributions is $25,904.38.

### B.    Interest.

Under ERISA, 29 U.S.C. §1132, Trust Funds are entitled to collect interest on the unpaid contributions.  Section 1132(g)(2)(B) provides as follows:

> **(2)** In any action under this subchapter by a fiduciary for or on behalf of a plan to enforce section 1145 of this title in which a judgment in favor of the plan is awarded, the court shall award the plan—
> . . .
> **(B)** interest on the unpaid contributions,
> . . .
> For purposes of this paragraph, interest on unpaid contributions shall be determined by using the rate provided under the plan, or, if none, the rate prescribed under section 6621 of title 26.

*See* 29 U.S.C. §1132(g)(2).  And, section 6621 of title 26 provides as follows:

> **(2) Underpayment rate.**  The underpayment rate established under this section shall be the sum of—
>> **(A)** the Federal short-term rate determined under subsection (b), plus
>> **(B)** 3 percentage points.

This is consistent with the trust agreements which also allow the Trust Funds to collect interest on the amount due.  *See* Decl. of J. Libby ¶9, Exhibit A.

Therefore, the Trust Funds are entitled to recover interest based on the statute.  The amount due as interest on the fringe benefit contributions is $1,828.01.  *See* Declaration of J. Libby ¶11, Exhibit A.  Accordingly, this Court should award the Trust Funds interest in the amount of $1,828.01 pursuant to 29 U.S.C. §1132(g)(2).

## C. Liquidated Damages.

Under ERISA, 29 U.S.C. §1132, the Trust Funds are entitled to collect liquidated damages on the unpaid contributions.  Section 1132(g)(2)(C)(ii) provides as follows:

> **(2)** In any action under this subchapter by a fiduciary for or on behalf of a plan to enforce section 1145 of this title in which a judgment in favor of the plan is awarded, the court shall award the plan—
> . . .
> **(C)** an amount equal to the greater of—
>> . . .
>> **(ii)** liquidated damages provided for under the plan in an amount not in excess of 20 percent (or such higher percentage as may be permitted under Federal or State law) of the amount determined by the court under subparagraph (A),

This is consistent with the trust agreements which also allow the Trust Funds to collect liquidated damages of 1.5% monthly on the amount due.  *See* Decl. of J. Libby ¶9, Exhibit A.

The total liquidated damages calculated at 1.5% per month compounded equals $5,148.82.  *See* Decl. of J. Libby ¶11, Exhibit A.

### D.    Auditor's Fees.

Under the terms of the Trust Agreements and the Area Agreement, a signatory employer is liable for reasonable fees of auditors retained by the Trust Funds used to establish the amount of delinquent contributions to the Trust Funds.  *See* Declaration of J. Libby ¶12, Exhibit A.

Moreover, ERISA, 29 U.S.C. §1132, likewise provides that the Trust Funds are entitled to recover auditors' fees incurred to prove the amount of contributions owed:

> ERISA itself grants the district court authority to award the plaintiffs their reasonable attorney's fees and costs in successful actions to collect unpaid fringe benefit contributions owed to multi-employer plans, 29 U.S.C. § 1132(g)(2)(D), along with 'such other legal or equitable relief as the court deems appropriate,' id. § 1132(g)(2)(E). This court, among others, has construed the latter provision to include an award of audit costs. *Moriarty ex rel. Local Union No. 727, I.B.T. Pension Trust v. Svec*, 429 F.3d 710, 721 (7th Cir. 2005) (*citing Operating Eng'rs Pension Trust v. A-C Co.*, 859 F.2d 1336, 1343 (9th Cir. 1988)).

*See Trustees of the Chicago Plastering Institute Pension Trust v. Cork Plastering Co.*, 570 F.3d 890, 902 (7th Cir. 2009).

The Trust Funds incurred $9,865.50 in auditors' fees for the audit of LAVERDIERE's fringe benefit contributions to the Trust Funds during the Audit Period.  *See* Declaration of J. Libby ¶12, Exhibit A.

Accordingly, this Court should award the Trust Funds $9,865.50 in reasonable auditors' fees for the audit of LAVERDIERE's books and records to determine that LAVERDIERE owed unpaid fringe benefit contributions.

### E.    Attorneys' Fees and Costs.

Under the terms of the Trust Agreements and the Area Agreement, LAVERDIERE is liable for reasonable attorney fees incurred in collecting the delinquent contributions.  *See* Declaration of J. Libby ¶10, Exhibit A.

In addition to LAVERDIERE's contractual obligation to pay legal fees, LAVERDIERE has a statutory obligation to pay attorneys' fees and costs. Under ERISA 29 U.S.C. §1132, Trust Funds are entitled to recover attorneys' fees and costs incurred to collect the unpaid contributions. Section 1132(g) provides as follows:

> (g) Attorney's fees and costs; awards in actions involving delinquent contributions … (2) In any action under this subchapter by a fiduciary for or on behalf of a plan to enforce section 1145 of this title in which a judgment in favor of the plan is awarded, the <u>court shall award the plan</u>—.… (D) reasonable attorney's fees and costs of the action, to be paid by the defendant …

*See* 29 U.S.C. §1132(g)(2) (emphasis added). LAVERDIERE is also liable for attorneys' fees and costs incurred by the Trust Funds to enforce any judgment entered in this matter. *See Free v. Briody,* 793 F.2d 807, 808-09 (7th Cir. 1986).

Here the Trust Funds incurred $4,639.79 in attorneys' fees and costs as stated in the affidavit and detailed billing statements accompanying this petition. *See* Declaration of K. McJessy ¶¶2, 4, Exhibit B.

Billing statements are admissible to show the reasonableness of attorneys' fees and costs in ERISA cases. *See Trustees of the Chicago Plastering Inst. Pension Trust*, 570 F.3d at 903 (relying on attorneys "time records"); *Chicago Regional Council of Carpenters Pension Fund v. RCI Enterprises, Inc.*, 2011 U.S. Dist LEXIS *6-7 (N.D. Ill., July 20, 2011) (Feinerman, J.) (relying on billing time records for award of attorneys' fees).

Moreover, the fees charged here of $160/hour and $220/hour for attorney time are incredibly reasonable and below market rate compared to the rates charged by other attorneys handling similar ERISA matters in the Northern District of Illinois. As a matter of law, the Northern District of Illinois has recognized that these hourly rates are reasonable rates for attorney time for ERISA litigation. *See Trustees of the Chicago Regional Council of Carpenters*

*Pension Fund v. RCI Enterprises, Inc.,* 2011 U.S. Dist. LEXIS *6 (N.D. Ill.) (holding that attorney rates of $180/hr for a junior attorney to $250/hr for a partner are reasonable hourly rates for ERISA lawsuit by the Chicago Regional Council of Carpenters); *Board of Trustees of the Rockford Pipe Trades Indus. Pension Fund v. Fiorenza Enters*., 2011 U.S. Dist. LEXIS 28209, 21-22 (N.D. Ill. Mar. 18, 2011) ("the court finds that the hourly rates [of $195, $210 and $235 per hour] . . . are reasonable" for fringe benefit trust funds lawsuit against employer to collect unpaid contributions); *Divane v. Mitchell Sec. Sys.*, 2008 U.S. Dist. LEXIS 27825 (N.D. Ill. Apr. 7, 2008) ("The court finds that the billing rates [of $220.00 to 240.00 for attorneys] are reasonable.").

## III.   CONCLUSION.

For the forgoing reasons, the Trust Funds respectfully request that this Court enter final judgment for the Trust Funds in the amount of $47,386.50 as follows:

A.   $25,904.38 in unpaid contributions pursuant to the audit;

B.   $9,865.50 for auditor's fees incurred by the Trust Funds to complete the audit of Defendant's books and records;

C.   $1,828.01 in interest pursuant to 29 U.S.C. § 1132(g)(2)(B);

D.   $5,148.82 in liquidated damages pursuant to 29 U.S.C. § 1132(g)(2)(C); and

E.   $4,639.79 in reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D).

The Trust Funds shall also recover reasonable attorney' fees and costs incurred by the Trust Funds in enforcing this order and any such further relief as this Court deems appropriate. *See Free v. Briody,* 793 F.2d 807, 808-09 (7th Cir. 1986). A proposed order is attached hereto as Exhibit C.

CHICAGO REGIONAL COUNCIL OF
CARPENTERS PENSION FUND *et al*.


By:   s/ Kevin P. McJessy
        One of Their Attorneys

Kevin P. McJessy
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613
(773) 880-1260
(773) 880-1265 (facsimile)
mcjessy@MCandT.com

## CERTIFICATE OF SERVICE

I, Kevin P. McJessy, an attorney, certify that I caused the foregoing **Plaintiffs' Motion for Entry of Final Judgment** to be served upon

Joseph W. Barber
Howard & Howard Attorneys, PLLC
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604

via the Court's ECF system on this 19th day of February 2016.

s/ Kevin P. McJessy
Kevin P. McJessy

# 14 CV 08897

# Exhibit  A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, *et al.,*

                            Plaintiffs,

   v.

LAVERDIERE CONSTRUCTION, INC., an
Illinois corporation,

                            Defendant.

14 CV 08897

Judge Norgle

## <u>DECLARATION OF JOHN LIBBY</u>

I, John Libby, hereby declare, under penalty of perjury pursuant to the laws of the United States, that the following statements are true to the best of my knowledge information and belief:

1.      I am the Manager, Audits & Collections for the Chicago Regional Council of Carpenters Pension Fund, the Chicago Regional Council of Carpenters Welfare Fund, the Chicago and Northeast Illinois Regional Council of Carpenter Apprentice and Trainee Program and the Labor/Management Union Carpentry Cooperation Promotion Fund (collectively "the Trust Funds").

2.      As part of my duties, I am responsible for managing the collection of contributions for medical, pension and other benefits due from numerous employers pursuant to the collective bargaining agreement between the employers and the Chicago and Northeast Illinois Regional Council of Carpenters ("Union") and between employers and the United Brotherhood of Carpenters and Joiners of America. Accordingly, I am familiar with the terms of the current collective bargaining agreement ("Area Agreement") and the trust agreements establishing the Trust Funds.

3. LAVERDIERE CONSTRUCTION, INC., an Illinois corporation ("Defendant"), is an employer bound by the Area Agreement. A copy of the Agreement dated April 1, 2010 between Defendant and the Union by which Defendant agreed to be bound by the Area Agreement is attached as Exhibit 1. The Agreement binds Defendant to the Area Agreement with the Union and the trust agreements establishing the Trust Funds. The Agreement, the Area Agreement and the trust agreements are collectively referred to herein as "Agreements."

4. Pursuant to the Agreements, Defendant is required to pay fringe benefit contributions to the Trust Funds for work performed by Defendant's employees and non-union subcontractors performing work falling within the jurisdiction of the Union.

5. Pursuant to the Agreements, Defendant also agreed to submit to a periodic audit of its books and records in order to verify the accuracy of the contributions reported and paid to the Trust Funds.

6. The Trust Funds engaged Legacy Professionals, LLP ("Legacy") to conduct an audit of Defendant's fringe benefit contributions to the Trust Funds for the period January 1, 2013 through December 31, 2014.

7. Defendant produced records to Legacy. Legacy prepared a report of Defendant's fringe benefit contributions to the Trust Funds based on Legacy's review of the records produced by Defendant. Legacy delivered a copy of its Audit Report to the Trust Funds for Defendant's account.

8. A copy of the Audit Report is attached as Exhibit 2. According to the Audit Report and based on the records produced by Defendant to Legacy and to the Trust Funds, Defendant owes $25,904.38 in unpaid fringe benefit contributions to the Trust Funds.

9.     The Agreements provide that the Trust Funds collect liquidated damages on unpaid fringe benefit contributions at a rate of 1½ percent compounded monthly.  The Agreements also provide that the Trust Funds collect interest on unpaid fringe benefit contributions as allowed by law.

10.     Because Defendant failed to comply with the terms of the Agreements, the Trust Funds have had to employ the services of the law firm McJessy Ching & Thompson, LLC.  As a result, the Trust Funds incurred attorneys' fees and costs.

11.     A summary of the updated calculations of accrued interest and liquidated damages is attached hereto as Exhibit 3.  Defendant owes $1,828.01 in unpaid interest calculated pursuant to 26 U.S.C. §6621 and $5,148.82 in unpaid liquidated damages calculated in accordance with the Agreements.

12.     The Trust Funds paid Legacy $9,865.50 as auditors' fees for Legacy to conduct its review of Defendant's books and records and to prepare the Audit Report.

13.     I have personal knowledge of the matters stated in this affidavit and could testify competently to them.

I declare under penalty of perjury that the foregoing is true and correct.

John Libby

Executed on:

1/27/11

Date



EXHIBIT 1

# *Memorandum of Agreement*

JAN 2, ...

| | |
|---|---|
| **Employer** Laverdiere Construction, Inc. | **Address** 4055 West Jackson Street |
| **City** Macomb   **State** IL   **Zip** 61455 | **Phone** 309 837-1258 |

THIS AGREEMENT is entered into between the Chicago Regional Council of Carpenters ("Union") and the Employer, including its successors and assigns covering the geographic jurisdiction of the Union including the following counties in Illinois: Boone, Bureau, Carroll, Cook, De Kalb, DuPage, Grundy, Henderson, Henry, Iroquois, Jo Daviess, Kane, Kankakee, Kendall, Lake, La Salle, Lee, Marshall, McHenry, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, Will, Winnebago. The following counties in Iowa: Allamakee, Appanoose, Benton, Black Hawk, Bremer, Buchanan, Butler, Cedar, Cerro Gordo, Chickasaw, Clayton, Clinton, Davis, Delaware, Des Moines, Dubuque,. Fayette, Floyd, Franklin, Grundy, Hancock, Henry, Howard, Iowa, Jackson, Jefferson, Johnson, Jones, Keokuk, Kossuth, Lee, Linn, Louisa, Mahaska, Mitchell, Monroe, Muscatine, Scott, Tama, Van Buren, Wapello, Washington, Wayne, Winnebago, Winneshiek, Worth, Wright. The following counties in Wisconsin: Kenosha, Milwaukee, Ozaukee, Racine, Washington and Waukesha. The Union and the Employer do hereby agree to the following:

1. The Employer recognizes the Union as the sole and exclusive bargaining representative on behalf of its employees who are working within the territorial and occupational jurisdiction of the Union.

2. The Employer has reviewed sufficient evidence and is satisfied that the Union is the exclusive bargaining representative of a majority of its employees presently working within the territorial and occupational jurisdiction of the Union.

3. The Employer and the Union agree to incorporate into this Memorandum Agreement and to be bound by the Agreements negotiated between the Chicago Regional Council of Carpenters and various employers and employer associations, including all Area Agreements for the period beginning with the execution of this Memorandum Agreement and ending on the expiration dates of any current and successor Agreements which are incorporated herein (see attached list). Unless the Employer provides written notice by certified mail to the Chicago Regional Council of its desire to terminate or modify the Agreement at least three (3) calendar months prior to the expiration of such Agreements, the Agreement shall continue in full force and effect through the full term and duration of all subsequent Agreements which are incorporated by reference.

4. The Employer agrees to be bound to the terms of the various Trust Agreements to which contributions are required to be made under the Agreements incorporated in Paragraph 3, including all rules and regulations adopted by the Trustees of each Fund.

In Witness Whereof the parties have executed this Memorandum of Agreement on this **1**st day of **April, 2010.**

| | |
|---|---|
| **EMPLOYER** | **CHICAGO REGIONAL COUNCIL OF CARPENTERS** |
| Jack Laverdiere, President | Authorized Regional Council Representative |
| Print Name and Title | |

## Agreements

### ( Central Region)

Mid American Regional Bargaining Association, Cook, Lake and DuPage
Mid American Regional Bargaining Association, Kane, Kendall and McHenry
Mid American Regional Bargaining Association, Will
Kankakee Contractors Association
Residential Construction Employers Council, Cook, Lake and DuPage
Residential Construction Employers Council, Will
Residential Construction Employers Council, Grundy
Woodworkers Association of Chicago (Mill-Cabinet)
Contractors Association of Will and Grundy Counties
Gypsum Drywall Contractors of Northern Illinois/Chicagoland Association of Wall and Ceiling Contractors
(Western Region)

Illinois

Quad City Builders Association, Commercial, Rock Island Mercer, Henry and Henderson
Floor Covering, Rock Island, Mercer, Henry and Henderson
Residential, Henry, Mercer and Henderson
Illinois Valley Contractors' Association, Bureau, LaSalle, Marshall, Putnam and Stark
Window and Door, Boone, Bureau, Carroll, DeKalb, Henderson, Henry, Jo Daviess, LaSalle, Marshall, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside and Winnebago
Commercial/Residential, DeKalb, Eastern Ogle and cities in Sandwhich and Somonauk
Residential Construction Employers' Council, DeKalb, Eastern Ogle and cities in Sandwhich and Somonauk
Residential Construction Employers' Council, Boone, Carroll, Jo Daviess, Lee, Ogle, Stephenson, Whiteside and Winnebago
Northern Illinois Building Contractors Association Inc., Boone, Carroll, Jo Davies, Lee, Ogle, Stephenson, Whiteside and Winnebago
Floor Covering, Boone, Carroll, DeKalb, Jo Daviess, Lee, Lee, Ogle, Stephenson, Whiteside and Winnebago
Millwright, Boone, Bureau, Carroll, DeKalb, Henderson, Jo Daviss, LaSalle, Lee, Marshall, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, and Winnebago
Associated General Contractors of Illinois (Heavy and Highway) Highway Districts 2-7 and portions of 1 and 8

Iowa

Commercial, Muscatine, Scott, Louisa north of Iowa River
Floorcovering, Lousia north of Iowa River, Muscatine and Scott
Residential, Clinton, Louisa, Muscatine, Scott and Seven southern most townships of Jackson County including Monmouth, South Fork, Maquoketa, Fairfield, Van Buren, Iowa and Union
Heavy and Highway Associated Contractors Agreement Scott County
Herberger Construction Heavy and Highway
Heavy and Highway Contractors' Association- entire State except Scott County
Commercial Benton, Jones, Linn and Tama
Residential Benton, Jones, Linn and Tama
Commercial, Des Moines, Henry, Lee and Louisa south of Iowa River
Residential, Des Moines, Henry, Lee and Louisa south of Iowa River

Commercial/Residential Dubuque, Delaware, Clayton, and Six Northern Townships in Jackson
Commercial/Residential, Appanoosa, Davis, Jefferson, Keokuk, Mahaska, Monroe, Van Buren, Wapello, and Wayne
Commercial, Clinton, Seven Southern most townships of Jackson including Monmouth, South Fork, Maquoketa, Fairfield, Van Buren, Iowa, and Union
Floor Covering, Dubuque, Deleware, Clayton, and six Northern Townships in Jackson Window and Door, State
Commercial, Ceder, Iowa, Johnson, Poweshiek and Washington
Commercial Interior Systems, Ceder, Iowa, Johnson, Poweshick and Washington
Residential, Ceder, Iowa, Johnson, Poweshiek and Washington
Commercial, Cerro Gordo, Franklin, Hancock, Kossuth, Winnebago, Worth and Wright, Buchanan, Independent Contractors of Waterloo (Commercial) Butler, Chicksaw, Fayette, Floyd, Grundy, Howard, Mitchell, Winneshiek
Millwright, Adair, Allmakee, Appanoosa, Benton, Black Hawk, Boone, Bremer, Buchanan, Butler, Cedar, Calhoun, Carroll, Cerro Gordo, Chicksaw, Clayton, Clarke, Clinton, Dallas, Davis, Decatur, Deleware, Des Moines, Dubuque, Emmet, Fayette, Floyd, Franklin, Greene, Grundy, Guthrie, Hamilton, Hancock, Hardin, Henry, Howard, Humboldt, Iowa, Jackson, Jasper, Jefferson, Johnson, Jones, Keokuk, Lee, Linn, Lucas, Louisa, Madison, Mahaska, Marion, Marshall, Mitchell, Monroe, Muscatine, Palo Alto, Pocahontas, Polk, Poweshiek, Ringhold, Scott, Story, Tama, Union, Van Buren, Warren, Wapello, Washington, Wayne, Webster, Winnebego, Winneshiek, Worth, Wright


( Northern Region)


Commercial Carpenters and Floor Coverers' Agreement (State of Wisconsin)
Commercial Carpenters Agreement, Kenosha/Racine
Millwright Erectors' Agreement
Pile Drivers' Agreement
Insulators Agreement
Overhead Door Agreement


The Employers Acknowledges receipt of a current copy of each agreement under which the company will be performing work. Each of the agreements are available upon request

It is also understood and agreed that it is the Employers obligation to make a written request of additional Collective Bargaining Agreement(s) in the event that the Company performs work in areas for which it has not already obtained a copy of the applicable Agreement.

Employer:
Cavordiane Construction Inc.
Jack Cavordine, President

1/26/11
Date

EXHIBIT 2

# Records Reviewed

| | |
|---|---|
| Account Number: | 25041 |
| Audit Period: | January 1, 2013 to December 31, 2014 |

| | | | |
|---|---|---|---|
| Employer: | Laverdiere Construction Inc | Contact: | Michelle Allaman |
| Address: | 4055 West Jackson Street | Title: | Office Manager |
| | Macomb, IL 61455 | Phone: | (309) 837-1258 |
| Phone: | (309) 837-1258 | | |

| Audit Results | |
|---|---|
| Discrepancy Total Hours | 979.00 |
| Discrepancy Benefit Hours | 979.00 |
| Discrepancy Amount | $25,904.38 |
| Liquidated Damages | $5,148.82 |
| Grand Total | $ 31,053.20 |

| Associated Account(s) |
|---|
| |

| Reviewed | Employer Records |
|---|---|
| Yes | Annual Federal Unemployment Tax Return (940) |
| No | Bank Statements |
| No | Cash Disbursement Journals |
| No | Check Register / Cancelled Checks / Vouchers |
| N/A | Construction Loan Data |
| Yes | Contribution Reports to All Other Funds |
| Yes | Contribution Reports to Audited Funds |
| No | Federal Income Tax Returns (1120 or 1065) |
| No | General Ledgers |
| Yes | Individual Earnings Records |
| No | Invoices from Sub-Contractors |
| Yes | Job List/Job Cost Records |
| No | Miscellaneous Income Payment Reports (1099) |
| No | Payroll Journals |
| No | Quarterly Federal Tax Returns (941) |
| No | Quarterly Unemployment Wage Reports |
| No | Summary of Information Returns (1096) |
| No | Time Cards |
| Yes | Transmittal of Income and Tax Statements (W-3) |
| No | Vendor List |
| Yes | Wage and Tax Statements (W-2) |

| | |
|---|---|
| Audit Type: | Random |
| | Copy Forwarded to Attorney |
| Date Reviewed: | 12/3/15 |
| Reviewer: | Victor Ancel Jr CPA |

# Discrepancy Summary By Month

| | | | | |
|---|---|---|---|---|
| Account Number: | 25041 | | Audit Period: | January 1, 2013 to December 31, 2014 |
| Employer: | Laverdiere Construction Inc | | Contact: | Michelle Allaman |
| Address: | 4055 West Jackson Street | | Title: | Office Manager |
| | Macomb, IL 61455 | | | |
| Phone: | (309) 837-1258 | | Page: | 1 of 18 |

| Reporting Period | Discrepancy Total Hours | Discrepancy Benefit Hours | Contribution Rate | Discrepancy Amount |
|---|---|---|---|---|
| January 2013 | 101.00 | 101.00 | 25.67 | $2,592.67 |
| February 2013 | 102.00 | 102.00 | 25.67 | $2,618.34 |
| March 2013 | 88.50 | 88.50 | 25.67 | $2,271.80 |
| April 2013 | 77.50 | 77.50 | 25.67 | $1,989.43 |
| May 2013 | 53.50 | 53.50 | 25.67 | $1,373.35 |
| June 2013 | 60.50 | 60.50 | 26.87 | $1,625.64 |
| August 2013 | 21.00 | 21.00 | 26.87 | $564.27 |
| September 2013 | 23.50 | 23.50 | 26.87 | $631.45 |
| October 2013 | 54.00 | 54.00 | 26.87 | $1,450.98 |
| February 2014 | 313.00 | 313.00 | 26.87 | $8,410.31 |
| July 2014 | 16.00 | 16.00 | 28.12 | $449.92 |
| August 2014 | 4.50 | 4.50 | 28.12 | $126.54 |
| October 2014 | 4.00 | 4.00 | 28.12 | $112.48 |
| November 2014 | 10.50 | 10.50 | 28.12 | $295.26 |
| December 2014 | 49.50 | 49.50 | 28.12 | $1,391.94 |

| Total Hours | 979.00 | Benefit Hours | 979.00 | Discrepancy Amount | $25,904.38 |
|---|---|---|---|---|---|
| | | | | Liquidated Damages | $5,148.82 |
| | | | | Total Amount Due | $31,053.20 |

# Discrepancy Summary By Error Type

| | | | |
|---|---|---|---|
| Account Number: | 25041 | Audit Period: | January 1, 2013 to December 31, 2014 |
| Employer: | Laverdiere Construction Inc | Contact: | Michelle Allaman |
| Address: | 4055 West Jackson Street | Title: | Office Manager |
| | Macomb, IL 61455 | | |
| Phone: | (309) 837-1258 | Page: | 2 of 18 |

| Code | Description | Dollar Amount |
|---|---|---|
| | **SIGNATORY EMPLOYER: PAYROLL** | |
| P8 | Electronic Record Reported Exclusively to Other Trust Fund(s) Clerical Error | $15,050.75 |
| P9 | Electronic Record Reported Exclusively to Other Trust Fund(s) Omission | $5,431.19 |
| P10 | Clerical Error CRCC and Other Trust Fund(s) | $1,687.51 |
| P13 | No Record Reported Exclusively to Other Trust Fund(s) Omission | $3,734.93 |

| | |
|---|---|
| Sub-Total Discrepancies From All Listed Codes | $25,904.38 |
| Liquidated Damages | $5,148.82 |
| Total Amount Due | $31,053.20 |

# Liquidated Damages Schedule

| Account Number: | 25041 | Audit Period: | January 1, 2013 to December 31, 2014 |
|---|---|---|---|
| Employer: | Laverdiere Construction Inc | Contact: | Michelle Allaman |
| Address: | 4055 West Jackson Street | Title: | Office Manager |
| | Macomb, IL 61455 | | |
| Phone: | (309) 837-1258 | Page: | 3 of 18 |

| Reporting Period | Contributions Due | Compounding Periods | Calculating Percentage | Total Liquidated Damages Owed |
|---|---|---|---|---|
| January 2013 | $2,592.67 | 34.00 | 20.00% | $518.53 |
| February 2013 | $2,618.34 | 33.00 | 20.00% | $523.67 |
| March 2013 | $2,271.80 | 32.00 | 20.00% | $454.36 |
| April 2013 | $1,989.43 | 31.00 | 20.00% | $397.89 |
| May 2013 | $1,373.35 | 30.00 | 20.00% | $274.67 |
| June 2013 | $1,625.64 | 29.00 | 20.00% | $325.13 |
| August 2013 | $564.27 | 27.00 | 20.00% | $112.85 |
| September 2013 | $631.45 | 26.00 | 20.00% | $126.29 |
| October 2013 | $1,450.98 | 25.00 | 20.00% | $290.20 |
| February 2014 | $8,410.31 | 21.00 | 20.00% | $1,682.06 |
| July 2014 | $449.92 | 16.00 | 20.00% | $89.98 |
| August 2014 | $126.54 | 15.00 | 20.00% | $25.31 |
| October 2014 | $112.48 | 13.00 | 20.00% | $22.50 |
| November 2014 | $295.26 | 12.00 | 19.56% | $57.75 |
| December 2014 | $1,391.94 | 11.00 | 17.79% | $247.63 |

| | | | | |
|---|---|---|---|---|
| | | | Total Damages this Schedule | $5,148.82 |
| **Total Discrepancies** | $25,904.38 | | 20% of Discrepancies | $5,180.88 |
| | | | **Assessed Damages** | $5,148.82 |

Legacy Professionals LLP

# Monthly Detail Report

| | |
|---|---|
| Account Number: | 25041 |
| Employer: | Laverdiere Construction Inc |
| Address: | 4055 West Jackson Street |
| | Macomb, IL 61455 |
| Phone: | (309) 837-1258 |

| | |
|---|---|
| Audit Period: | January 1, 2013 to December 31, 2014 |
| Month: | **January 2013** |
| Page # : | 4 of 18 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PE Date 6-Jan | PE Date 13-Jan | PE Date 20-Jan | PE Date 27-Jan | | | | | |
| | Cooper Jr Benjamin | P8 | 149.50 | 149.50 | 33.00 | 43.50 | 49.50 | 40.50 | | 166.50 | | 17.00 | 17.00 |
| | CRAMER WILLIAM | P8 | 133.50 | 133.50 | 42.50 | 56.50 | 60.00 | 58.50 | | 217.50 | | 84.00 | 84.00 |
| | | Total | | | 75.50 | 100.00 | 109.50 | 99.00 | | 384.00 | 0.00 | 101.00 | 101.00 |

Total Items Listed in this Period:          2.00

## Legacy Professionals LLP
# Monthly Detail Report

Account Number: 25041

Employer: Laverdiere Construction Inc
Address: 4055 West Jackson Street
Macomb, IL 61455
Phone: (309) 837-1258

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | PE Date 3-Feb | PE Date 10-Feb | PE Date 17-Feb | PE Date 24-Feb | | | | |
| | BREHENY KEVIN W | P8 | 228.50 | 228.50 | 55.50 | 56.50 | 58.50 | 60.00 | 230.50 | | 2.00 | 2.00 |
| | Cooper Jr Benjamin | P8 | 231.00 | 231.00 | 55.50 | 52.50 | 65.50 | 60.50 | 234.00 | | 3.00 | 3.00 |
| | CRAMER WILLIAM | P8 | 161.50 | 161.50 | 61.50 | 61.50 | 63.00 | 64.50 | 250.50 | | 89.00 | 89.00 |
| | Mullens Robert | P8 | 200.00 | 200.00 | 43.00 | 55.00 | 57.00 | 47.50 | 202.50 | | 2.50 | 2.50 |
| | Steele Jason | P8 | 160.00 | 160.00 | 40.00 | 40.00 | 45.50 | 40.00 | 165.50 | | 5.50 | 5.50 |
| | Total | | | | 255.50 | 265.50 | 289.50 | 272.50 | 1,083.00 | 0.00 | 102.00 | 102.00 |

Total Items Listed in this Period:     5.00

# Monthly Detail Report

| Account Number: | 25041 | Audit Period: | January 1, 2013 to December 31, 2014 |
|---|---|---|---|
| Employer:<br>Address: | Laverdiere Construction Inc<br>4055 West Jackson Street<br>Macomb, IL 61455 | Month: | March 2013 |
| Phone: | (309) 837-1258 | Page # : | 6 of 18 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PE Date 3-Mar | PE Date 10-Mar | PE Date 17-Mar | PE Date 24-Mar | PE Date 31-Mar | Total Hours | | | |
| | Cooper Jr Benjamin | P8 | 226.50 | 226.50 | 60.50 | 49.00 | 58.00 | 53.50 | 22.00 | 243.00 | | 16.50 | 16.50 |
| | CRAMER WILLIAM | P8 | 193.00 | 193.00 | 65.50 | 54.50 | 63.00 | 41.50 | 40.50 | 265.00 | | 72.00 | 72.00 |
| | Total | | | | 126.00 | 103.50 | 121.00 | 95.00 | 62.50 | 508.00 | | 88.50 | 88.50 |

Total Items Listed in this Period:　2.00

**Legacy Professionals LLP**

# Monthly Detail Report

Account Number: 25041

Employer: Laverdiere Construction Inc
Address: 4055 West Jackson Street
Macomb, IL 61455
Phone: (309) 837-1258

Audit Period: January 1, 2013 to December 31, 2014

Month: **April 2013**

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * *Actual Hours Per Week* * * * * * | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
| | | | | | PE Date 7-Apr | PE Date 14-Apr | PE Date 21-Apr | PE Date 28-Apr | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cooper Jr Benjamin | P8 | 168.50 | 168.50 | 50.50 | 47.00 | 50.00 | 44.50 | 192.00 | | 23.50 | 23.50 |
| | CRAMER WILLIAM | P8 | 129.00 | 129.00 | 45.00 | 44.00 | 37.00 | 35.00 | 161.00 | | 32.00 | 32.00 |
| | Steele Jason | P8 | 154.00 | 154.00 | 46.00 | 40.00 | 50.00 | 40.00 | 176.00 | | 22.00 | 22.00 |
| | | | | Total | 141.50 | 131.00 | 137.00 | 119.50 | 529.00 | 0.00 | 77.50 | 77.50 |

Total Items Listed in this Period: 3.00

Legacy Professionals LLP

# Monthly Detail Report

| Account Number: | 25041 | | Audit Period: | January 1, 2013 to December 31, 2014 |
|---|---|---|---|---|
| Employer: | Laverdiere Construction Inc | | Month: | May 2013 |
| Address: | 4055 West Jackson Street | | Page # : | 8 of 18 |
| | Macomb, IL 61455 | | | |
| Phone: | (309) 837-1258 | | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PE Date 5-May | PE Date 12-May | PE Date 19-May | PE Date 26-May | | | | | |
| | Cooper Jr Benjamin | P8 | 96.50 | 96.50 | 36.50 | 28.00 | 9.00 | 37.50 | | 111.00 | | 14.50 | 14.50 |
| | CRAMER WILLIAM | P8 | 133.00 | 133.00 | 43.00 | 43.50 | 39.50 | 44.00 | | 170.00 | | 37.00 | 37.00 |
| | Steele Jason | P8 | 160.50 | 160.50 | 41.00 | 40.00 | 41.50 | 40.00 | | 162.50 | | 2.00 | 2.00 |
| | | Total | 120.50 | 111.50 | 120.50 | 111.50 | 90.00 | 121.50 | 0.00 | 443.50 | | 53.50 | 53.50 |

Total Items Listed in this Period: 3.00

# Monthly Detail Report

| Account Number: | 25041 | Audit Period: | January 1, 2013 to December 31, 2014 |
| Employer: | Laverdiere Construction Inc | Month: | June 2013 |
| Address: | 4055 West Jackson Street | Page # : | 9 of 18 |
| | Macomb, IL 61455 | | |
| Phone: | (309) 837-1258 | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | | Capped Hours | Total Hour Difference | Benefit Hour Difference |
| | | | | | PE Date 2-Jun | PE Date 9-Jun | PE Date 16-Jun | PE Date 23-Jun | PE Date 30-Jun | Total Hours | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cooper Jr Benjamin | P8 | 121.00 | 121.00 | 35.00 | 43.00 | 41.50 | 17.00 | 0.00 | 136.50 | | 15.50 | 15.50 |
| | CRAMER WILLIAM | P8 | 157.50 | 157.50 | 41.00 | 48.50 | 46.00 | 52.00 | 0.00 | 187.50 | | 30.00 | 30.00 |
| | SORRELLS CLINTON | P8 | 112.00 | 112.00 | 5.00 | 8.00 | 42.00 | 40.00 | 32.00 | 127.00 | | 15.00 | 15.00 |
| | | | | | | | | | | | | | |
| | Total | | | | 81.00 | 99.50 | 129.50 | 109.00 | 32.00 | 451.00 | | 60.50 | 60.50 |

Total Items Listed in this Period:     3.00

Legacy Professionals LLP

# Monthly Detail Report

| | |
|---|---|
| Account Number: | 25041 |
| Employer: | Laverdiere Construction Inc |
| Address: | 4055 West Jackson Street |
| | Macomb, IL 61455 |
| Phone: | (309) 837-1258 |

Audit Period: January 1, 2013 to December 31, 2014

Month: August 2013

Page # : 10 of 18

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PE Date 4-Aug | PE Date 11-Aug | PE Date 18-Aug | PE Date 25-Aug | | | | | |
| | Cooper Jr Benjamin | P8 | 146.00 | 146.00 | 36.00 | 40.00 | 40.00 | 40.00 | | 156.00 | | 10.00 | 10.00 |
| | SORRELLS CLINTON | P10 | 110.00 | 110.00 | 23.00 | 18.00 | 40.00 | 40.00 | | 121.00 | | 11.00 | 11.00 |
| | Total | | | | 59.00 | 58.00 | 80.00 | 80.00 | | 277.00 | 0.00 | 21.00 | 21.00 |

Total Items Listed in this Period:      2.00

Legacy Professionals LLP

# Monthly Detail Report

| | |
|---|---|
| Account Number: | 25041 |
| Employer: | Laverdiere Construction Inc |
| Address: | 4055 West Jackson Street |
| | Macomb, IL 61455 |
| Phone: | (309) 837-1258 |

| | |
|---|---|
| Audit Period: | January 1, 2013 to December 31, 2014 |
| Month: | **September 2013** |
| Page #: | 11 of 18 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Week * * * * * * | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PE Date 1-Sep | PE Date 8-Sep | PE Date 15-Sep | PE Date 22-Sep | | | | |
| | Cooper Jr Benjamin | P8 | 128.50 | 128.50 | 40.00 | 32.00 | 40.00 | 40.00 | 152.00 | | 23.50 | 23.50 |
| | | | | | | | | | | | | |
| | Total | | | | 40.00 | 32.00 | 40.00 | 40.00 | 152.00 | | 23.50 | 23.50 |
| | | | | | | | | 0.00 | | | 23.50 | 23.50 |

Total Items Listed in this Period: 1.00

Legacy Professionals LLP

# Monthly Detail Report

| | |
|---|---|
| Account Number: | 25041 |
| Employer: | Laverdiere Construction Inc |
| Address: | 4055 West Jackson Street |
| | Macomb, IL 61455 |
| Phone: | (309) 837-1258 |

| | |
|---|---|
| Audit Period: | January 1, 2013 to December 31, 2014 |
| Month: | October 2013 |
| Page # : | 12 of 18 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | | | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PE Date 29-Sep | PE Date 6-Oct | PE Date 13-Oct | PE Date 20-Oct | PE Date 27-Oct | Total Hours | | | |
| | Cooper Jr Benjamin | P8 | 19.00 | 19.00 | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 | | 5.00 | 5.00 |
| | Waldo Wayne | P8 | 146.50 | 146.50 | 40.00 | 40.00 | 40.00 | 43.00 | 32.50 | 195.50 | | 49.00 | 49.00 |
| | | Total | 64.00 | 40.00 | 40.00 | 43.00 | 32.50 | 219.50 | | 54.00 | 54.00 |

Total Items Listed in this Period:      2.00

# Legacy Professionals LLP

## Monthly Detail Report

| | |
|---|---|
| Account Number: | 25041 |

| | | |
|---|---|---|
| Employer: | Laverdiere Construction Inc | |
| Address: | 4055 West Jackson Street | |
| | Macomb, IL 61455 | |
| Phone: | (309) 837-1258 | |

| | |
|---|---|
| Audit Period: | January 1, 2013 to December 31, 2014 |
| Month: | February 2014 |
| Page # : | 13 of 18 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PE Date 2-Feb | PE Date 9-Feb | PE Date 16-Feb | PE Date 23-Feb | Total Hours | | | |
| | Lenover Larry | P13 | 0.00 | 0.00 | 32.00 | 32.00 | 40.00 | 35.00 | 139.00 | | 139.00 | 139.00 |
| | Mayhugh Willard | P9 | 0.00 | 0.00 | 0.00 | 0.00 | 9.50 | 16.00 | 25.50 | | 25.50 | 25.50 |
| | Schroeder David | P9 | 0.00 | 0.00 | 32.00 | 33.00 | 40.00 | 35.00 | 140.00 | | 140.00 | 140.00 |
| | Westlake Daniel | P8 | 161.50 | 161.50 | 42.50 | 42.50 | 42.50 | 42.50 | 170.00 | | 8.50 | 8.50 |
| | Total | | | | 106.50 | 107.50 | 132.00 | 128.50 | 474.50 | 0.00 | 313.00 | 313.00 |

Total Items Listed in this Period:      4.00

# Legacy Professionals LLP

## Monthly Detail Report

| Account Number: | 25041 |
| --- | --- |

| Employer: | Laverdiere Construction Inc |
| --- | --- |
| Address: | 4055 West Jackson Street |
| | Macomb, IL 61455 |
| Phone: | (309) 837-1258 |

| Audit Period: | January 1, 2013 to December 31, 2014 |
| --- | --- |
| Month: | July 2014 |
| Page # : | 14 of 18 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Week * * * * * * | | | | | | Capped Hours | Total Hour Difference | Benefit Hour Difference |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | PE Date 6-Jul | PE Date 13-Jul | PE Date 20-Jul | PE Date 27-Jul | | Total Hours | | | |
| | Schroeder David | P8 | 158.50 | 158.50 | 37.00 | 44.00 | 43.50 | 35.00 | | 159.50 | | 1.00 | 1.00 |
| | Shelley Gary | P8 | 140.00 | 140.00 | 26.50 | 40.50 | 37.50 | 49.00 | | 153.50 | | 13.50 | 13.50 |
| | Westlake Daniel | P8 | 168.00 | 168.00 | 41.00 | 45.50 | 43.50 | 39.50 | | 169.50 | | 1.50 | 1.50 |
| | | Total | | | 104.50 | 130.00 | 124.50 | 123.50 | 0.00 | 482.50 | | 16.00 | 16.00 |

Total Items Listed in this Period:  3.00

Legacy Professionals LLP

# Monthly Detail Report

| | |
|---|---|
| Account Number: | 25041 |
| Employer: | Laverdiere Construction Inc |
| Address: | 4055 West Jackson Street |
| | Macomb, IL 61455 |
| Phone: | (309) 837-1258 |

| | |
|---|---|
| Audit Period: | January 1, 2013 to December 31, 2014 |
| Month: | August 2014 |
| Page # : | 15 of 18 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PE Date 3-Aug | PE Date 10-Aug | PE Date 17-Aug | PE Date 24-Aug | | | | | |
| | Westlake Daniel | P8 | 160.00 | 160.00 | 23.50 | 42.00 | 47.00 | 52.00 | | 164.50 | | 4.50 | 4.50 |
| | | Total | | | 23.50 | 42.00 | 47.00 | 52.00 | 0.00 | 164.50 | | 4.50 | 4.50 |

Total Items Listed in this Period:      1.00

**Legacy Professionals LLP**

# Monthly Detail Report

| | |
|---|---|
| Account Number: | 25041 |

| | |
|---|---|
| Employer: | Laverdiere Construction Inc |
| Address: | 4055 West Jackson Street |
| | Macomb, IL 61455 |
| Phone: | (309) 837-1258 |

| | |
|---|---|
| Audit Period: | January 1, 2013 to December 31, 2014 |
| Month: | **October 2014** |
| Page # : | 16 of 18 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * *Actual Hours Per Week* * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PE Date 5-Oct | PE Date 12-Oct | PE Date 19-Oct | PE Date 26-Oct | | | | | |
| | Westlake Daniel | P8 | 199.50 | 199.50 | 54.50 | 47.00 | 50.00 | 52.00 | | 203.50 | | 4.00 | 4.00 |
| | Total | | 199.50 | | 54.50 | 47.00 | 50.00 | 52.00 | 0.00 | 203.50 | | 4.00 | 4.00 |

Total Items Listed in this Period:     1.00

Legacy Professionals LLP

# Monthly Detail Report

| Account Number: | 25041 | Audit Period: | January 1, 2013 to December 31, 2014 |
|---|---|---|---|
| Employer: | Laverdiere Construction Inc | Month: | November 2014 |
| Address: | 4055 West Jackson Street | Page # : | 17 of 18 |
| | Macomb, IL 61455 | | |
| Phone: | (309) 837-1258 | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PE Date 2-Nov | PE Date 9-Nov | PE Date 16-Nov | PE Date 23-Nov | PE Date 30-Nov | Total Hours | | | |
| | Westlake Daniel | P8 | 195.00 | 195.00 | 50.50 | 45.00 | 41.50 | 44.50 | 24.00 | 205.50 | | 10.50 | 10.50 |
| | | | | | | | | | | | | | |
| | | Total | | | 50.50 | 45.00 | 41.50 | 44.50 | 24.00 | 205.50 | | 10.50 | 10.50 |

Total Items Listed in this Period:     1.00

Legacy Professionals LLP

# Monthly Detail Report

| | |
|---|---|
| Account Number: | 25041 |

| | |
|---|---|
| Employer: | Laverdiere Construction Inc |
| Address: | 4055 West Jackson Street |
| | Macomb, IL 61455 |
| Phone: | (309) 837-1258 |

| | |
|---|---|
| Audit Period: | January 1, 2013 to December 31, 2014 |
| Month: | December 2014 |
| Page # : | 18 of 18 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Week * * * * * * | | | | | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PE Date 7-Dec | PE Date 14-Dec | PE Date 21-Dec | | Total Hours | | | |
| | BREHENY KEVIN W | P-10 | 27.00 | 27.00 | 24.00 | 40.00 | 12.50 | | 76.50 | | 49.50 | 49.50 |
| | Total | | 27.00 | | 24.00 | 40.00 | 12.50 | 0.00 | 76.50 | 0.00 | 49.50 | 49.50 |

Total Items Listed in this Period:     1.00



EXHIBIT 3

# Interest & Damages Summary

Account Number: 25041                                           Calculation Date: January 20, 2016

Employer:        Laverdiere Construction Inc
Address:         4055 W Jackson St
                    Macomb, IL 61455

| Reporting Period | Delinquency Amount | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|
| January 2013 | $2,592.67 | $238.79 | $518.53 | $3,349.99 |
| February 2013 | $2,618.34 | $234.50 | $523.67 | $3,376.51 |
| March 2013 | $2,271.80 | $197.20 | $454.36 | $2,923.36 |
| April 2013 | $1,989.43 | $167.41 | $397.89 | $2,554.73 |
| May 2013 | $1,373.35 | $111.76 | $274.67 | $1,759.78 |
| June 2013 | $1,625.64 | $128.00 | $325.13 | $2,078.77 |
| August 2013 | $564.27 | $41.37 | $112.85 | $718.49 |
| September 2013 | $631.45 | $44.64 | $126.29 | $802.38 |
| October 2013 | $1,450.98 | $98.63 | $290.20 | $1,839.81 |
| February 2014 | $8,410.31 | $482.80 | $1,682.06 | $10,575.17 |
| July 2014 | $449.92 | $19.93 | $89.98 | $559.83 |
| August 2014 | $126.54 | $5.28 | $25.31 | $157.13 |
| October 2014 | $112.48 | $4.09 | $22.50 | $139.07 |
| November 2014 | $295.26 | $10.01 | $57.75 | $363.02 |
| December 2014 | $1,391.94 | $43.60 | $247.63 | $1,683.17 |
| Totals | $25,904.38 | $1,828.01 | $5,148.82 | $32,881.21 |

14 CV 08897

# Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, *et al.,* )<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>LAVERDIERE CONSTRUCTION, INC., an Illinois corporation, )<br>)<br>)<br>Defendant. ) | 14 CV 08897<br><br>Judge Norgle |

## DECLARATION OF KEVIN P. MCJESSY

I, Kevin P. McJessy, hereby declare, under penalty of perjury pursuant to the laws of the United States, that the following statements are true:

1.  I am one of the attorneys representing the Chicago Regional Council of Carpenters Pension Fund, the Chicago Regional Council of Carpenters Welfare Fund, the Chicago and Northeast Illinois Regional Council of Carpenter Apprentice and Trainee Program, and the Labor/Management Union Carpentry Cooperation Promotion Fund (collectively "the Trust Funds") in the above-captioned lawsuit ("Lawsuit") against LAVERDIERE CONSTRUCTION, INC., an Illinois corporation ("Defendant").

2.  I have been licensed to practice law in the State of Illinois and the United States District Court for the Northern District of Illinois since 1995. I am an attorney with McJessy, Ching & Thompson, LLC ("MC&T").

3.  As part of my practice, I handle claims under ERISA. I personally represented the Trust Funds in this Lawsuit. I have represented the Trust Funds in this Lawsuit since its inception. As such I am familiar with the matters set forth in this declaration.

4.      John Sopata is an attorney with MC&T.  He has been licensed to practice law in Illinois since 1999.

5.      Sheila Keating is a paralegal with MC&T.  She has been a paralegal since 1987.

6.      The Trust Funds have incurred $4,639.79 in fees and expenses to compel Defendant to comply with its obligations under the terms of the Collective Bargaining Agreement and applicable trust agreements.

7.      The Trust Funds have collectively incurred fees totaling $3,890.00 for 22.70 hours of attorney services and $178.00 for 2.7 hours of paralegal services.  A redacted copy of the client ledger is attached as Exhibit 1.

| Name | Services | Period | Hours | Rate | Total |
|------|----------|--------|-------|------|-------|
| Kevin McJessy | Attorney | July 31, 2014 to Dec. 31, 2015 | 18.40 | $160/hr. | $2,944.00 |
| John Sopata | Attorney | July 31, 2014 to Dec. 31, 2015 | 0.00 | $160/hr. | $0.00 |
| Sheila Keating | Paralegal | July 31, 2014 to Dec. 31, 2015 | 2.30 | $60/hr. | $138.00 |
| Kevin McJessy | Attorney | Jan. 1, 2016 to Present | 1.80 | $220/hr. | $396.00 |
| John Sopata | Attorney | Jan. 1, 2016 to Present | 2.50 | $220/hr. | $550.00 |
| Sheila Keating | Paralegal | Jan. 1, 2016 to Present | 0.40 | $100/hr. | $40.00 |
| Total | | | | | $4,068.00 |

The hourly rate for attorneys and paralegals charged to the Trust Funds as set forth above is consistent with the rates approved in the Northern District of Illinois for ERISA collection work. *See, e.g., Rappa v. Sun Life Assur. Co.*, 2014 U.S. Dist. LEXIS 124896, *11 (W.D. Wis. Sept. 8, 2014) ("Sun Life does not object to plaintiff's counsel's rate of $300 per hour, and the court finds that rate reasonable given the nature of ERISA cases."); *Board of Trustees of the Rockford Pipe Trades Indus. Pension Fund v. Fiorenza Enters.*, 2011 U.S. Dist. LEXIS 28209, 21-22 (N.D. Ill. Mar. 18, 2011) ("the court finds that the hourly rates [of $195, $210 and $235 per hour] . . . are reasonable" for fringe benefit trust funds lawsuit against employer to collect unpaid

contributions); *Divane v. Mitchell Sec. Sys.*, 2008 U.S. Dist. LEXIS 27825 (N.D. Ill. Apr. 7, 2008) ("The court finds that the billing rates [of $220.00 to 240.00 for attorneys] are reasonable.").

8.      The Trust Funds incurred $571.79 in expenses for the filing fee, process server charges for service of summons, courier charges photocopy charges and postage charges. A detailed list of expenses incurred by the Trust Funds in this matter is attached hereto as Exhibit 2.

9.      The attorneys' fees, paralegal fees and costs charged to the Trust Funds in this matter are consistent with MC&T's regular charges for services to the Trust Funds on similar matters.

10.     I have personal knowledge of the matters stated in this affidavit and could testify competently to them.

FURTHER AFFIANT SAYETH NOT.

_____         2/19/16
Kevin P. McJessy                Date

14 CV 08897

# Exhibit 1

| Date | Received From/Paid T | Explanation | Lwyr | Hours | Amount | Disbs |
|------|---------------------|-------------|------|-------|--------|-------|

**1000  Chicago Regional Council of Carpenters -**
**0219-LAVA        Laverdiere Construction, Inc.**                    Resp Lawyer: KM

| Date | Received From/Paid T | Explanation | Lwyr | Hours | Amount |
|------|---------------------|-------------|------|-------|--------|
| 7/31/2014 | Lawyer: KM  0.40 Hrs X 160.00 | Reviewed correspondence from M. Curtain regarding ▉▉▉ ▉▉▉▉▉▉. Reviewed secretary of state records for Laverdier Construction. Prepared audit demand letter to Laverdier Construction. | KM | 0.40 | 64.00 |
| 8/12/2014 | Lawyer: KM  0.10 Hrs X 160.00 | Reviewed correspondence from M. Curtain▉▉▉ | KM | 0.10 | 16.00 |
| 8/18/2014 | Lawyer: KM  0.10 Hrs X 160.00 | Reviewed correspondence from M. Curtin▉▉ ▉▉▉▉ | KM | 0.10 | 16.00 |
| 8/21/2014 | Lawyer: KM  0.20 Hrs X 160.00 | Telephone call with M. Ragona following on returning audit no audit no cooperation because no response to demand letter, and confirming MC&T has had no response, either. | KM | 0.20 | 32.00 |
| 9/10/2014 | Lawyer: KM  0.10 Hrs X 160.00 | Reviewed no audit / no cooperation audit report returned from Legacy Professionals, LLP. | KM | 0.10 | 16.00 |
| 9/23/2014 | Lawyer: KM  0.50 Hrs X 160.00 | Reviewed audit referral file to start preparing complaint. Prepared correspondence to J. Libby ▉▉▉▉▉▉ | KM | 0.50 | 80.00 |
| 9/25/2014 | Lawyer: KM  0.30 Hrs X 160.00 | Telephone call with J. Libby ▉▉▉▉▉ ▉▉▉▉▉▉. Prepared correspondence to M. Ragona asking that he contact Trust Funds for direction about this matter, make final effort to obtain records by going to Macomb if necessary. | KM | 0.30 | 48.00 |
| 9/26/2014 | Lawyer: KM  0.10 Hrs X 160.00 | Reviewed correspondence from J. Libby to M. Ragona approving on-site audit of Laverdiere Construction. | KM | 0.10 | 16.00 |
| 10/7/2014 | Lawyer: KM  0.20 Hrs X 160.00 | Telephone call with M. Ragona to inquire on status of scheduling of audit and request that if Legacy is unable to gain cooperation from Laverdiere that Legacy confirm its efforts with Laverdiere somehow in writing, M. Ragona will follow up with M. Curtin on status of the audit efforts. | KM | 0.20 | 32.00 |
| 10/8/2014 | Lawyer: KM  0.10 Hrs X 160.00 | Reviewed correspondence from M. Curtin regarding ▉▉▉▉▉. Prepared correspondence to M. Curtin ▉▉▉ | KM | 0.10 | 16.00 |
| 10/15/2014 | Lawyer: KM  0.10 Hrs X 160.00 | Prepared correspondence to M. Curtin▉▉▉▉. Reviewed correspondence from M. Curtin ▉▉▉ | KM | 0.10 | 16.00 |
| 10/17/2014 | Lawyer: KM  0.30 Hrs X 160.00 | Telephone call with M. Ragona regarding need to have M. Curtin stay on top of scheduling audit, want to give Lavaliere every chance to cooperate even though it | KM | 0.30 | 48.00 |

| Date | Received From/Paid T | Explanation | Lwyr | Hours | Amount | Disbs |
|------|----------------------|-------------|------|-------|--------|-------|
| | | appears that Laverdiere is not making an effort to cooperate with the audit. | | | | |
| 10/20/2014 | Lawyer: KM 0.40 Hrs X 160.00 | Telephone call with M. Ragona regarding Laverdiere's refusal to produce all records asked for by auditor, refusal to allow auditor to record any information in the course of the audit, and refusal to confirm final audit appointment before they talk with their attorney; and, discussed response to company's limitation and final effort to seek to confirm audit cooperation. | KM | 0.40 | 64.00 | |
| 10/23/2014 | Lawyer: KM 0.50 Hrs X 160.00 | Telephone call with M. Ragona regarding issues with Laverdiere audit, employer is balking at producing records for audit, auditor to try and accommodate requests regarding production of records and accommodate time for Laverdiere to consult with attorney and respond to auditor by no later than November 3, 2014, with understanding that no response means that employer is refusing to cooperate with audit. (.4) Reviewed correspondence from M. Curtin to M. Allaman forwarding record request and confirming his last conversation with her; briefly reviewed record request. (.1) | KM | 0.50 | 80.00 | |
| 11/4/2014 | Lawyer: KM 0.60 Hrs X 160.00 | Reviewed and responded to correspondence from M. Curtin regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; reviewed file materials regarding demand. (.2) Telephone call with M. Ragona regarding failure of employer to schedule an audit by final deadline date, Legacy already referred matter for no audit/no cooperation therefore its efforts are complete. (.3) Prepared correspondence to J. Libby ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.1) | KM | 0.60 | 96.00 | |
| 11/6/2014 | Lawyer: SK 0.50 Hrs X 60.00 | Prepared civil cover sheet, attorney appearance and summons; filed complaint, civil cover sheet and appearance with court. | SK | 0.50 | 30.00 | |
| 11/6/2014 | Lawyer: KM 1.40 Hrs X 160.00 | Completed drafting complaint against Laverdiere for filing to submit to an audit as confirmed by Legacy Professionals; and reviewed file documents as necessary to confirm dates and information in complaint. (1.3) Final review of all documents prior to filing and arrangements with S. Keating for filing of complaint. (.1) Reviewed ECF Notice of Case Assignment, Judge Norgle and Magistrate Rowland. (.1) | KM | 1.40 | 224.00 | |
| 11/7/2014 | Lawyer: SK 1.00 Hrs X 60.00 | Reviewed ECF notice re judges assignments and completed summons as appropriate (.2); prepared email correspondence to court intake clerk forwarding summons for issuance (.2); prepared email correspondence to J. Libby and J. Conklin ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮(.1); confer with Macomb IL process server regarding service of summons and complaint (.1); prepared correspondence to process server forwarding payment | SK | 1.00 | 60.00 | |

| Date | Received From/Paid ⸍ | Explanation | Lwyr | Hours | Amount | Disbs |
|------|------|------|------|------|------|------|
| 1/30/2015 | Lawyer: KM 1.40 Hrs X 160.00 | for service (.2); prepared email correspondence to process server forwarding summons and complaint for service (.2). Reviewed file materials for status of service and defendants' appearance. (.3) Prepared motion for entry of default order. (.5) Prepared declaration of J. Libby in support of motion. (.3) Prepared draft order in support of motion for default. (.2) Reviewed correspondence from J. Libby ▓▓▓▓▓ (.1) | KM | 1.40 | 224.00 | |
| 2/5/2015 | Lawyer: KM 0.40 Hrs X 160.00 | Call with Laverdiere regarding arrangements for audit. (.2) Telephone call with M. Ragona regarding Laverdiere's reaching out to him and audit arrangements. (.2) | KM | 0.40 | 64.00 | |
| 2/6/2015 | Lawyer: KM 0.50 Hrs X 160.00 | Prepared correspondence to E. Fullbright forwarding draft proposed order in light of Court granting motion. (.2) Telephone call with M. Ragona to follow up on whether he has spoken with Jack Laverdiere or other representative of Laverdiere Construction,, advised that he has not. (.2) Telephone call from M. Ragona advising that he has spoken with J. Laverdiere and expects production of records within next 1 to 2 weeks. (.1) | KM | 0.50 | 80.00 | |
| 2/9/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed ECF court order of Judge Norgle entering default order compelling Laverdiere to submit to an audit. | KM | 0.10 | 16.00 | |
| 2/10/2015 | Lawyer: KM 0.20 Hrs X 160.00 | Call from J. Laverdiere and M. Ragona confirming that audit is taking place, Legacy Professionals and Laverdiere worked out issues with respect to employees social security numbers. (.1) Telephone call with M. Ragona regarding specific nature of audit going forward and arrangements for how information would be produced. (.1) | KM | 0.20 | 32.00 | |
| 2/12/2015 | Lawyer: KM 0.70 Hrs X 160.00 | Telephone call with M. Ragona regarding status of audit of Laverdiere Construction, whether company is cooperating and advised by MR that company has tentatively agreed to cooperate but cooperation is slow and cumbersome. (.4) Prepared correspondence to Laverdiere forwarding court order granting motion for default and arrangements for compliance. (.3) | KM | 0.70 | 112.00 | |
| 2/16/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed correspondence from M. Ragona regarding receipt of records from Laverdiere Construction, additional record request and he will keep MC&T up to date on status of audit. (.1) | KM | 0.10 | 16.00 | |
| 3/2/2015 | Lawyer: KM 0.20 Hrs X 160.00 | Reviewed ECF court order of Judge Norgle setting status hearing for 4/24/15 at 10:00 AM. (.1) Prepared correspondence to Laverdiere Construction forwarding court order. (.1) | KM | 0.20 | 32.00 | |
| 4/24/2015 | Lawyer: KM 1.50 Hrs X 160.00 | Appeared in court before Judge Norgle for hearing on status of audit, matter continued to 7/17/15 in light of ongoing cooperation by defendant. (1.3) Reviewed ECF court order of Judge Norgle setting status hearing; | KM | 1.50 | 240.00 | |

| Date | Received From/Paid T | Explanation | Lwyr | Hours | Amount | Disbs |
|------|---------------------|-------------|------|-------|--------|-------|
| | | diaried court date. (.1) Prepared correspondence to Laverdiere forwarding order. (.1) | | | | |
| 5/5/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Prepared correspondence to M. Ragona inuring on status of Laverdiere Construction audit. | KM | 0.10 | 16.00 | |
| 6/16/2015 | Lawyer: KM 0.60 Hrs X 160.00 | Telephone call with M. Ragona regarding audit of Laverdiere and cooperation has stopped, bringing to MC&T attention to pursue records through further court proceedings if necessary, try one final demand to Laverdiere. (.4) Telephone call from M. Ragona regarding response by Laverdiere, partial records produced but issue with respect to how Laverdiere is reporting hours, paying workers for fringes directly when the workers are no performing jurisdictional work. (.2) | KM | 0.60 | 96.00 | |
| 7/17/2015 | Lawyer: KM 1.60 Hrs X 160.00 | Appeared in court before Judge Norgle on status of audit. (1.5) Reviewed ECF court order of Judge Norgle continuing Laverdiere Construction status hearing to September 18, 2015. (.1) | KM | 1.60 | 256.00 | |
| 8/6/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed correspondence from M. Ragona advising he last followed up with Michelle from company on 8/3/15 for documents but has not heard back; he will follow up with her again tomorrow. | KM | 0.10 | 16.00 | |
| 8/17/2015 | Lawyer: KM 0.20 Hrs X 160.00 | Reviewed correspondence from M. Ragona regarding lack of response from Michelle at Laverdiere. Prepared correspondence to M. Ragona asking for status update. | KM | 0.20 | 32.00 | |
| 8/25/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed and responded to correspondence from M. Ragona forwarding record request that was sent to Laverdiere Construction today. (.1) | KM | 0.10 | 16.00 | |
| 8/26/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed correspondence from M. Ragona forwarding email that was sent to Michelle at Laverdiere yesterday. | KM | 0.10 | 16.00 | |
| 9/14/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed correspondence from M. Ragona advising that no documents have been produced by Laverdiere. | KM | 0.10 | 16.00 | |
| 9/18/2015 | Lawyer: SK 0.80 Hrs X 60.00 | Prepared notice of motion for CRCC motion for rule to show cause (.2); file motion for rule to show cause with court (.2); filed notice of motion with court (.2); prepared correspondence to Judge Norgle forwarding file-stamped courtesy copies of same (.2). | SK | 0.80 | 48.00 | |
| 9/18/2015 | Lawyer: KM 2.30 Hrs X 160.00 | Appeared in court before Judge Norgle regarding status of audit, lack of cooperation and intent to file motion for rule to show cause, case continued to 9/25/15. (1.3) Prepared motion for rule to show cause and draft order; reviewed file materials to pull exhibits in support of motion. (1.0) | KM | 2.30 | 368.00 | |
| 9/24/2015 | Lawyer: KM 0.30 Hrs X 160.00 | Telephone call with J. Barber regarding appearance, motion, withdraw of motion and defendant will produce the requested records. | KM | 0.30 | 48.00 | |
| 9/25/2015 | Lawyer: KM 1.50 Hrs X 160.00 | Appeared in court before Judge Norgle for hearing on motion for rule to show cause, defendant appeared and promised to produce records, motion withdrawn. | KM | 1.50 | 240.00 | |
| 10/7/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed correspondence from M. Ragona advising that Laverdiere produced additional records and he is currently going through the records. | KM | 0.10 | 16.00 | |
| 11/5/2015 | Lawyer: KM 0.20 | Telephone call with M. Ragona regarding status of audit, | KM | 0.20 | 32.00 | |

| Date | Received From/Paid | Explanation | Lwyr | Hours | Amount | Disbs |
|------|-------------------|-------------|------|-------|--------|-------|
| | Hrs X 160.00 | follow up demand for records going out tomorrow but audit may be completed based on information already reviewed. | | | | |
| 11/9/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed and responded to correspondence from M. Ragona forwarding correspondence and record request issued to Laverdiere today; reviewed record request. | KM | 0.10 | 16.00 | |
| 11/25/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed correspondence from M. Ragona advising he is in receipt of records and will prepare a final report. | KM | 0.10 | 16.00 | |
| 11/30/2015 | Lawyer: KM 0.30 Hrs X 160.00 | Reviewed correspondence from M. Ragona regarding all documents produced for audit report, report to be completed soon, and whether there are any court dates looming. (.1) Prepared correspondence to M. Ragona, J. Libby and N. Lagalo advising no court dates, need total audit fees and need to know when audit will be completed. Reviewed correspondence from M. Ragona advising audit will be completed tomorrow, but needs final review and audit fees not available until month end. (.2) | KM | 0.30 | 48.00 | |
| 12/3/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed correspondence from M. Ragona regarding completion of audit report for Laverdiere. | KM | 0.10 | 16.00 | |
| 1/4/2016 | Lawyer: KM 0.10 Hrs X 220.00 | Reviewed ECF court order of Judge Norgle setting status hearing for 1/26/15. | KM | 0.10 | 22.00 | |
| 1/15/2016 | Lawyer: JS 1.50 Hrs X 220.00 | Drafted motion for final judgment including declaration of J. Libby, declaration of K. McJessy and draft order. | JS | 1.50 | 330.00 | |
| 1/20/2016 | Lawyer: KM 0.10 Hrs X 220.00 | Reviewed correspondence from J. Conklin ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | KM | 0.10 | 22.00 | |
| 1/22/2016 | Lawyer: KM 0.10 Hrs X 220.00 | Reviewed correspondence from J Conklin ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | KM | 0.10 | 22.00 | |
| 1/25/2016 | Lawyer: SK 0.40 Hrs X 100.00 | Prepared appearance of J. Sopata and filed same with court; prepared correspondence to Judge Norgle forwarding file-stamped courtesy copy of same. | SK | 0.40 | 40.00 | |
| 1/25/2016 | Lawyer: KM 0.60 Hrs X 220.00 | Edited and revised motion for entry of final judgment. | KM | 0.60 | 132.00 | |
| 1/25/2016 | Lawyer: KM 0.30 Hrs X 220.00 | Prepared correspondence to J. Libby ▓▓▓▓▓▓▓▓. ▓▓▓▓▓▓▓. (.2) Prepared correspondence to Laverdiere's counsel forwarding audit report. (.1) | KM | 0.30 | 66.00 | |
| 1/26/2016 | Lawyer: JS 1.00 Hrs X 220.00 | Attended status call, at which court was advised of completed audit and demand on defendant. | JS | 1.00 | 220.00 | |
| 1/26/2016 | Lawyer: KM 0.60 Hrs X 220.00 | Reviewed correspondence from J. Libby regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.1) Reviewed correspondence from J. Conklin ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. (.1) Reviewed correspondence from J. Libby ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.1) Reviewed ECF court order of Judge Norgle continuing status hearing to 2/26/16. (.1) Revised declaration per comments of J. Libby; prepared correspondence to J. Libby ▓▓▓▓▓▓▓ ▓▓▓▓▓▓. (.2) | KM | 0.60 | 132.00 | |

| | UNBILLED | | | BILLED | | | BALANCES | |
|--------|-----|-----|-----|-----|-----|-----|-----|-----|
| TOTALS | CHE + RECOV | + FEES | = TOTAL | DISBS | + FEES | +TAX RECEIPTS | = A/R | TRUST |

Client Ledger

ALL DATES

| Date | Received From/Paid To | Explanation | | | | | Lwyr | Hours | Amount | Disbs |
|------|------|------|------|------|------|------|------|------|------|------|
| PERIOD | 0.00 | 0.00 | 0.00 | 0.00 | 571.79 | 4068.00 | 0.00 | 3636.70 | 1003.09 | 0.00 |
| END DA | 0.00 | 0.00 | 0.00 | 0.00 | 571.79 | 4068.00 | 0.00 | 3636.70 | 1003.09 | 0.00 |

| | | UNBILLED | | | | BILLED | | | | BALANCES | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| FIRM TO | CHE | + RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 | 0.00 | 0.00 | 0.00 | 571.79 | 4068.00 | 0.00 | 3636.70 | 1003.09 | 0.00 |
| END DA | 0.00 | 0.00 | 0.00 | 0.00 | 571.79 | 4068.00 | 0.00 | 3636.70 | 1003.09 | 0.00 |

## REPORT SELECTIONS - Client Ledger

| | |
|------|------|
| Layout Template | Attorneys Fee Petition |
| Advanced Search Filter | None |
| Requested by | ADMIN |
| Finished | Friday, February 19, 2016 at 04:13:45 PM |
| Ver | 13.0 SP2 (13.0.20140210) |
| Matters | 0219-LAVA |
| Clients | All |
| Major Clients | All |
| Client Intro Lawyer | All |
| Matter Intro Lawyer | All |
| Responsible Lawyer | All |
| Assigned Lawyer | All |
| Type of Law | All |
| Select From | Active, Inactive, Archived Matters |
| Matters Sort by | Default |
| New Page for Each Lawyer | No |
| New Page for Each Matter | No |
| No Activity Date | Dec/31/2199 |
| Firm Totals Only | No |
| Totals Only | No |
| Entries Shown - Billed Only | No |
| Entries Shown - Disbursements | No |
| Entries Shown - Receipts | No |
| Entries Shown - Time or Fees | Yes |
| Entries Shown - Trust | No |
| Incl. Matters with Retainer Bal | No |
| Incl. Matters with Neg Unbld Disb | No |
| Trust Account | All |
| Working Lawyer | All |
| Include Corrected Entries | No |
| Show Check # on Paid Payables | No |
| Show Client Address | No |
| Consolidate Payments | No |
| Show Trust Summary by Account | No |
| Show Interest | No |
| Interest Up To | Feb/19/2016 |
| Show Invoices that Payments Were Applied to | No |
| Display Entries in | Date Order |

14 CV 08897

# Exhibit 2

Client Ledger
ALL DATES

| Date | Received From/Paid To | Explanation | | | Lwyr | Hours | Amount | Disbs |
|------|----------------------|-------------|---|---|------|-------|--------|-------|
| **1000** | **Chicago Regional Council of Carpenters -** | | | | | | | |
| **0219-LAVA** | **Laverdiere Construction, Inc.** | | **Resp Lawyer: KM** | | | | | |
| 7/31/2014 | Expense Recovery | Postage Recovery | | | | 0.00 | | 7.44 |
| 7/31/2014 | Expense Recovery | Photocopy Recovery | | | | 0.00 | | 0.72 |
| 8/15/2014 | Billing on Invoice 8583 | FEES | 64.00 | DISBS | 8.16 | | | 0.00 |
| 9/16/2014 | Billing on Invoice 8637 | FEES | 64.00 | | | | | 0.00 |
| 10/20/2014 | Billing on Invoice 8698 | FEES | 160.00 | | | | | 0.00 |
| 11/7/2014 | Meador Investigations | Process Server recovery | | | | 0.00 | | 75.00 |
| 11/14/2014 | Billing on Invoice 8762 | FEES | 256.00 | | | | | 0.00 |
| 11/25/2014 | Capital One Services | Filing Fee | | | | 0.00 | | 400.00 |
| 11/30/2014 | US Messenger & Logistics | Courier Recovery | | | | 0.00 | | 15.92 |
| 11/30/2014 | Expense Recovery | Photocopy Recovery | | | | 0.00 | | 2.88 |
| 12/9/2014 | Billing on Invoice 8834 | FEES | 410.00 | DISBS | 493.80 | | | 0.00 |
| 1/20/2015 | Billing on Invoice 8897 | | | | | | | 0.00 |
| 1/31/2015 | Expense Recovery | Photocopy Recovery | | | | 0.00 | | 2.04 |
| 2/12/2015 | Expense Recovery | Postage Recovery | | | | 0.00 | | 0.48 |
| 2/17/2015 | Billing on Invoice 8963 | FEES | 224.00 | DISBS | 2.04 | | | 0.00 |
| 2/28/2015 | Expense Recovery | Photocopy Recovery | | | | 0.00 | | 5.04 |
| 2/28/2015 | US Messenger & Logistics | Courier Recovery | | | | 0.00 | | 14.60 |
| 3/6/2015 | Expense Recovery | Postage Recovery | | | | 0.00 | | 0.48 |
| 3/20/2015 | Billing on Invoice 9025 | FEES | 320.00 | DISBS | 20.12 | | | 0.00 |
| 4/20/2015 | Billing on Invoice 9124 | FEES | 32.00 | DISBS | 0.48 | | | 0.00 |
| 4/24/2015 | Expense Recovery | Postage Recovery | | | | 0.00 | | 0.48 |
| 5/19/2015 | Billing on Invoice 9224 | FEES | 240.00 | DISBS | 0.48 | | | 0.00 |
| 6/22/2015 | Billing on Invoice 9266 | FEES | 16.00 | | | | | 0.00 |
| 7/20/2015 | Billing on Invoice 9347 | FEES | 96.00 | | | | | 0.00 |
| 7/22/2015 | Expense Recovery | Postage Recovery | | | | 0.00 | | 0.49 |
| 7/31/2015 | Expense Recovery | Photocopy Recovery | | | | 0.00 | | 0.84 |
| 8/20/2015 | Billing on Invoice 9426 | FEES | 256.00 | DISBS | 1.33 | | | 0.00 |
| 9/18/2015 | Billing on Invoice 9503 | FEES | 80.00 | | | | | 0.00 |
| 9/18/2015 | Expense Recovery | Postage Recovery | | | | 0.00 | | 1.86 |
| 9/30/2015 | Expense Recovery | Photocopy Recovery | | | | 0.00 | | 11.88 |
| 10/19/2015 | Billing on Invoice 9570 | FEES | 720.00 | DISBS | 13.74 | | | 0.00 |
| 10/22/2015 | US Messenger & Logistics | Courier Recovery | | | | 0.00 | | 14.55 |

## Client Ledger
### ALL DATES

| Date | Received From/Paid T | Explanation | | | | Lwyr | Hours | Amount | Disbs |
|------|----------------------|-------------|---|---|---|------|-------|--------|-------|
| 11/20/2015 | Billing on Invoice 9642 | FEES | 16.00 | DISBS | 14.55 | | | | 0.00 |
| 12/15/2015 | Billing on Invoice 9732 | FEES | 112.00 | | | | | | 0.00 |
| 1/14/2016 | Billing on Invoice 9799 | FEES | 16.00 | | | | | | 0.00 |
| 1/25/2016 | Expense Recovery | Postage Recovery | | | | | 0.00 | | 0.98 |
| 1/31/2016 | US Messenger & Logistics | Courier Recovery | | | | | 0.00 | | 14.55 |
| 1/31/2016 | Expense Recovery | Photocopy Recovery | | | | | 0.00 | | 1.56 |
| 2/19/2016 | Billing on Invoice 9909 | FEES | 986.00 | DISBS | 17.09 | | | | 0.00 |

| | | UNBILLED | | | | BILLED | | | BALANCES | |
|---|-----|---------|--------|---------|-------|--------|--------|----------|----------|-------|
| TOTALS | CHE | + RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 | 0.00 | 0.00 | 0.00 | 571.79 | 4068.00 | 0.00 | 3636.70 | 1003.09 | |
| END DA | 0.00 | 0.00 | 0.00 | 0.00 | 571.79 | 4068.00 | 0.00 | 3636.70 | 1003.09 | 0.00 |

| | | UNBILLED | | | | BILLED | | | BALANCES | |
|---|-----|---------|--------|---------|-------|--------|--------|----------|----------|-------|
| FIRM TOT | CHE | + RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 | 0.00 | 0.00 | 0.00 | 571.79 | 4068.00 | 0.00 | 3636.70 | 1003.09 | |
| END DA | 0.00 | 0.00 | 0.00 | 0.00 | 571.79 | 4068.00 | 0.00 | 3636.70 | 1003.09 | 0.00 |

REPORT SELECTIONS - Client Ledger

| | |
|---|---|
| Layout Template | Attorneys Fee Petition |
| Advanced Search Filter | None |
| Requested by | ADMIN |
| Finished | Friday, February 19, 2016 at 04:12:02 PM |
| Ver | 13.0 SP2 (13.0.20140210) |
| Matters | 0219-LAVA |
| Clients | All |
| Major Clients | All |
| Client Intro Lawyer | All |
| Matter Intro Lawyer | All |
| Responsible Lawyer | All |
| Assigned Lawyer | All |
| Type of Law | All |
| Select From | Active, Inactive, Archived Matters |
| Matters Sort by | Default |
| New Page for Each Lawyer | No |
| New Page for Each Matter | No |
| No Activity Date | Dec/31/2199 |
| Firm Totals Only | No |
| Totals Only | No |
| Entries Shown - Billed Only | No |
| Entries Shown - Disbursements | Yes |
| Entries Shown - Receipts | No |
| Entries Shown - Time or Fees | No |
| Entries Shown - Trust | No |
| Incl. Matters with Retainer Bal | No |
| Incl. Matters with Neg Unbld Disb | No |
| Trust Account | All |

| Date | Received From/Paid To | Explanation | Lwyr | Hours | Amount | Disbs |
|------|------------------------|-------------|------|-------|--------|-------|

Working Lawyer                                      All
Include Corrected Entries                           No
Show Check # on Paid Payables                       No
Show Client Address                                 No
Consolidate Payments                                No
Show Trust Summary by Account                       No
Show Interest                                       No
Interest Up To                                      Feb/19/2016
Show Invoices that Payments Were Applied to         No
Display Entries in                                  Date Order

# 14 CV 08897

# Exhibit  C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, *et al.,* | ) ) ) |
| Plaintiffs, | )     14 CV 08897 |
| v. | ) |
| | )     Judge Norgle |
| LAVERDIERE CONSTRUCTION, INC., an Illinois corporation, | ) ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

Plaintiffs Chicago Regional Council of Carpenters Pension Fund *et al.*'s ("Trust Funds")

motion for entry of final judgment is granted and judgment is entered in favor of the Trust Funds

and against defendant LAVERDIERE CONSTRUCTION, INC., an Illinois corporation

("Defendant") in the amount of $47,386.50 as follows:

A.     $25,904.38 in unpaid contributions pursuant to the audit;

B.     $9,865.50 for auditor's fees incurred by the Trust Funds to complete the audit of Defendant's books and records;

C.     $1,828.01 in interest pursuant to 29 U.S.C. § 1132(g)(2)(B);

D.     $5,148.82 in liquidated damages pursuant to 29 U.S.C. § 1132(g)(2)(C); and

E.     $4,639.79 in reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D).

The Trust Funds shall also recover reasonable attorney' fees and costs incurred by the Trust

Funds in enforcing this order and any such further relief as this Court deems appropriate. *See*

*Free v. Briody,* 793 F.2d 807, 808-09 (7th Cir. 1986).


_____       _____
       Date                               Judge Charles Norgle